

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00984-CV

**Tiffany Thomas**

**v.**

**T. Jayakumar, First Street Hospital, and First Surgical Partners, LLC**

NO. 2014-22071 IN THE 334TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $34.00 | 03/05/2015 | PAID | UNK |
| MT FEE | $10.00 | 01/30/2015 | E-PAID | APE |
| CLK RECORD | $189.00 | 01/20/2015 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 01/08/2015 | PAID | ANT |
| FILING | $175.00 | 01/08/2015 | PAID | ANT |
| MT FEE | $10.00 | 12/17/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $438.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the

First District of Texas, this April 22, 2016.



CHRISTOPHER A. PRINE
CLERK OF THE COURT